**UNITED STATE DISTRICT COURT**
Eastern _____ **DISTRICT OF NEW YORK**

Miss. Holmes, A  Din #21A1954
_____
_____

(In the space above, enter the full name(s) of the plaintiff(s).)

- against -

① Fersinda Badge #54677
② D. CArBanero
③ Sgt. Cruz R
④ Sgt. Desico
⑤ J. matz
⑥ Sgt. Foose W

(In the space above, enter the full name(s) of the defendant(s). If you cannot fit the names of all the defendants in the space provided, please write, "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

9:22-cv-1123

**COMPLAINT**
Under the
Civil Right Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☑ No
(Check one)

Document copied 10/22/22

### I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Miss. Holmes, A
             ID # 21A1954
             Current Institution Fishkill Correctional Facility
             Address Box 1245
             Beacon, NY 12508

B. List all defendants' names positions, place of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of papers as necessary.

Rev. 05/2007                               1

Defendant No. 1    Name **FersinDa**                               Shield # **5 76 77**
                   Where Currently Employed: **Fishkill Correctional Facility**
                   Address: **Box 1245**
                   **Beacon, New York 12508**

Defendant No. 2    Name **D. Carbanero**                           Shield # **N/A**
                   Where Currently Employed: **Fishkill Correctional Facility**
                   Address: **Box 1245**
                   **Beacon, New York 12508**

Defendant No. 3    Name **Sgt. Cruz R**                            Shield # **N/A**
                   Where Currently Employed: **Fishkill Correctional Facility**
                   Address: **Box 1245**
                   **Beacon, New York 12508**

Defendant No. 4    Name **Sgt. Desico**                            Shield # **N/A**
                   Where Currently Employed: **Fishkill Correctional Facility**
                   Address: **Box 1295**
                   **Beacon, New York 12508**

Defendant No. 5    Name **Jmatz**                                  Shield # **N/A**
                   Where Currently Employed: **Mid-State Correctional Facility**
                   Address: **P.O. Box 2500**
                   **Marcy, NY 13403**

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving raise to your claims. Do not cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? **Fishkill correctional & or Mid-state Correctional**

B.    Where in the institution did the event-giving rise to your claim(s) occur? **On IF 20 Bed on IH-35 Bed & or Awest 56 Bed in Mid-state institution & fishkill institution.**

C.    What date and approximate time did the events giving rise to your claim(s) occur? **11:25 am 7am approxiam** **11:40 Am & 11:15 Am 10/9/22** **4/13/22   6/11/22   9/9/22**

**D. Facts:** I was subjected to Negligent Infliction of Emotional Distress. I've been subjected to hate crimes because I'm LBTGQA+. I've been subjected to Rape of Because I was going to tell I was written up on a ticket in Mid-state correctional facility. Negligence Actions, & Breach of Fiduciary Duty. see § 7:1   § 16:1   § 12:1   30 NY. Practice.

**Who did what?**
& CO KersinDA Badge #57677
CO D. Carbanero
Sgt Desico
Sgt R. Cruz,  CO Smatz  Sgt. Foose

**Was anyone else involved?**
other officers of MiDState correctional facility
I/T of Fishkill correctional facility

**Who else Saw what happened?**
~~xxxxxxxx~~  ~~xxxx~~  I/T TUTT Din# 22R0748 in MiD-state correctional.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I've gained PTSD Concussions intotions on my Head Sexual ~~assults~~ assult & Abuse rape all I have been is sent back to my cube kicked out of MiD-state correctional/ or sent to another Dorm To Be Harrassed and abused. or sent to Hospital and giving ~~xxxxxxx~~ toradol for pain 15mg.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of his title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓   No ___

Rev. 05/2007        3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). MiD-State Correctional Facility & Fishkill correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?
Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
Yes ✓   No ___   Do Not Know ___
If YES, which claim(s)? Article 78, Notice of Intention, 1983, ect

D. Did you file a grievance in the jail, prison, other correctional Facility where your claim(s) arose?
Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in the complaint, where did you file the grievance? In MiD-State & Fishkill correctional Facility

1. Which claim(s) in this complaint did you grieve? Sexual assult & abuse wrongfully wrote up on Disciplinary tickets

2. What was the result, if any? sent to SHU-200 And Abused & Sexually assulted

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I appealed the Discision to Commissioner of NYS Appealed to superintendant.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: sometimes I did not file a grievance because CO's, sargeants, captins & state will pesture me & taunt me

Rev. 05/2007                                    4

2. If you did not file a grievance but informed any officials of your claim, state whom you informed, when and how, and their response, if any: State of Newyork Alfred E Smith state building 80 South Swan Street, + Commissioner Anthony Jannucci my ORC counselor, my Regular counselor the captin + Letitia James The capitols Attorney General. and Prea Hotline + OSI + So Branch Prea Deputy

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. (exibit 1) Appeal of a Tier III Ticket in midstate See Attachment (Exibit 2) Grievance for pig220 a Corparate body. Tier III Grievance for Fishkill copye.

Note: You may attach as exhibits to the complaint any document related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I'm seeking the following Facility that i am in Fishkill correctional Facility to allow me to find a address so I can go home leave me alone keep me safe keep me away from state created Danger give me conversation Building a ~~fiduaery~~ Fiduciary relationship And Compensate me for the PTSD sexual abuse + assult and abuse $100,000 dollars from each correctional Facility so sum of all $200,000 dollars.

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___   No  ✓

B. If your answer to A is YES, describe each lawsuit in question 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendant _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court other relating to your imprisonment?
Yes ___   No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties To this previous lawsuit:
Plaintiff _____
- Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of judge assigned to your case _____
5. Approximate date of file lawsuit: _____
6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**I declare under the penalty of perjury that the forgoing is true and correct.**

Signed this 22 day of October 20 22.

Din# 22R0745
P.O. Box 2500
Marcy, NY 13403

Signature of Plaintiff _Miss Holmes_
Inmate Number 21A1954
Mailing address Box 1245
Beacon, New York
12508

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22 day of October, 20 22 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Miss Holmes_  Din#21A1954

Din# 22R0745

Rev. 05/2007                          7

Disciplinary Ticket Appeal

Exibit ①

I / I Holmes, A

C# 21Alpha1957*

MiDstate Ticket False Appeal

Exibit 1, 2, & 3, & conclusion

On 6/12/22 I/I recieved a misbehavior report stating I/I was in violation of Rule numbers 106.10 direct order, 107.11 Harassment & Hearing disposition I/I went to a teir 2 hearing ~~in its entirty for the follow~~ on 6/24/22 I/I ~~went~~ hear by Appeals said hearing its Etirty for the following reasons (1 Time line violation As set forth in directive 4932 titled chapter V section 251.51 A teir hearing is suppose to be commenced within 14 days of the reciept of A misbehavior report and completed no longer then fourteen days unless an Extention is granted I/I herby Argues that no Extention was read into the record Implicating that no Extention was ever requested or granted

② violation of hearing procedures As set forth in Directive 4932 titled chapter V the hearing officer at the conclusion of a teir hearing or within 24 hours of the conclusion is suppose to make a written ~~dispoti~~ disposition I/I Argues he was never served a written disposition for this hearing.

Harrasment

I/I Argues that At the time set forth in the m/b/r (misbehavior report) being Approx 7 Am this is the Normal time wich Am chow is commenced I/I Also Argues that

on the t.v. at the same time I would have to give the prison gaurd my Identifacation card To the prison Gaurd over seeing the vait to gain access to the remote I/I Argues that how can he get there at 4am got the Remote from the prison gaurd who knows I'm on Loss of Rec To change channels and still go to Am chow In wich I/I needs ID to go to

Conclusion I/I Holmes wishes this Hearing & mis behavior report get reversed & be Expunged from his Docc's record.

FORM 2131E (9/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE GRIEVANCE COMPLAINT

**Grievance No.**

Fishkill _____ CORRECTIONAL FACILITY   copied on

Date: 10/18/22

Name: Holmes, A     Dept. No.: 21A1957   Housing Unit: SHU-C00-25cell

Program: _____  AM _____ PM

*(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\**

Description of Problem: (Please make as brief as possible)

I will ~~propos~~ prepose this Grievance complaint and $ say that Im exhuasting all my remedies for said that I Have Been sentence to 30 days to the SHU when As per the ~~H.A.L.T~~ Law 15 days in the SHU-200. A400 SHU Prehearing my penalty was 5days 10/9/22 Release Date 10/14/22 A000 SHU-200 30day Penalty Start 10/14/22 Release 11/13/22 43 days over the time ~~of~~ of 15days.

Grievant Signature: ~~Alex~~ miss Alexander Holmes   Din#:21A1957

Grievance Clerk: _____  Date: _____

Advisor Requested ☐ YES ☐ NO  Who: _____

Action requested by inmate: _____

The Grievance has been formally resolved as follows:

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant _____ Date: _____

Committee (IGRC).

Name: Holmes, A
Din # 21A1954
Grievance # 002

(Exbit 2)

18 USC § 241 + 242      MID-state

Goodday,

This month is June 27, 2022 at 5:00 I was disorded my Liberty to Act freely by Refusing me the option to obtain Resources to substain life because I'm Black + LBtgQ.

I was denied food + my ID was Biasly Taken from me around lunch time on 6/27/22 so I am unoperatable to leave the dorm At 5:00 to eat, exercise, move around anything.
This officer name: Mrs. Piazzo/or Pizzo Did not even write a temporary ID: for something I'm Entitled.

*copied document*

Case 9:22-cv-01123-MAD-DJS   Document 1   Filed 10/31/22   Page 13 of 13

NEW YORK STATE

**FISHKILL CORRECTIONAL FACILITY**
BOX 1245
BEACON, NEW YORK  12508

NAME: ▓▓▓ Holmes, A      DIN: # 21A1954

FISHKILL CORRECTIONAL FACILITY



neopost
10/27/2022
US POSTAGE $001.05⁰
ZIP 12508
041L11251113

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

OCT 31 2022

RECEIVED

Hon. Norman. A Mordue
Federal Building and U.S.
Courthouse
P.O. Box 7255
Syracuse, N.Y. 13261-7255

"Legal mail"

13261$7255  B001